FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TPR DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA '08 MJ 8427

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate's Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Juan Gabriel LOPEZ-Vazquez, Defendant. | Title 21 U.S.C.§ 841(a)(1) Possession of a Controlled Substance with Intent to Distribute |

The undersigned complainant duly sworn states:

That on or about May 15, 2008, within the Southern District of California, defendant Juan Gabriel LOPEZ-Vazquez, did knowingly and intentionally possess with intent to distribute approximately 153.14 kilograms (337.60 pounds) of marijuana, a Schedule I Controlled Substance, in violation of Title 21 United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

Sanchai W. Dean, Special Agent
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 16th DAY 2008.

Peter C. Lewis
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Juan Gabriel LOPEZ-Vazquez

**STATEMENT OF FACTS**

This Statement of Facts is based on the reports, documents, and notes furnished to the Drug Enforcement Administration Special Agents Sanchai W. Dean, Jeff Butler, and Chris Riddell.

On May 15, 2008, as a Duty Agent for the Imperial County District Office (ICDO), I responded to the United States Border Patrol Office in Calexico, Imperial County of California and was provided the following information from United States Border Patrol reports regarding the arrest of Juan Gabriel LOPEZ-Vazquez.

On May 15, 2008, at approximately 7:15 AM, United States Border Patrol (USBP) Agent Moran was assigned to the Calexico Station's Remote Video Surveillance System (RVSS) as a camera operator. USBP Moran observed a white Nissan pickup drive up and stop next to the Calexico East Port-of-Entry (POE). USBP Moran observed several individuals south of the East POE Entry Bridge emerge carrying large bundles. A few moments later, USBP Moran observed the individuals load the bundles into the Nissan pickup and flee back south into Mexico. During this time, USBP Moran noted no one entered or exited the vehicle. After a few moments, the vehicle drove away from the area.

USBP Moran notified other USBP agents in the area of the situation and continued to maintain visual observation of the vehicle. USBP Blackburn responded to the area and located the vehicle. Shortly thereafter, the vehicle was stopped by USBP

agents Acevedo and Sandoval utilizing the Controlled Tire Deflation Device (CTDD). USBP agents Acevedo and Sandoval approached the vehicle, identified themselves, and apprehended the driver. The driver was identified as Juan Gabriel LOPEZ-Vazquez and was transported to the Calexico Station for processing. During this incident, USBP Blackburn maintained visual contact of the vehicle.

At the Calexico Station, 18 bundles weighing approximately 153.14 kilograms (337.60 pounds) were seized from the vehicle. USBP Blackburn probed one of the packages a sample of the substance field-tested positive for marijuana.

SA DEA Agents Butler and Riddell interviewed LOPEZ-Vazquez. SA Agent Butler read LOPEZ-Vazquez his rights, per Miranda, in Spanish with SA Riddell present. LOPEZ-Vazquez stated that on May 14, 2008, he received a phone call from an unknown male asking him to drive the vehicle from the Calexico East Port of Entry to an undetermined location in Calexico. LOPEZ-VAZQUEZ stated he knew he would by driving a marijuana laden vehicle and he was to be paid once he successfully delivered the vehicle to the undetermined location. VAZQUEZ stated he was to paid an unknown sum of money. VAZQUEZ stated this was the first time he has ever attempted to transport marijuana.

LOPEZ, the vehicle, and the 18 bundles were turned over to the Drug Enforcement Administration.