FILED
JUN 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN GABRIEL LOPEZ-VAZQUEZ, Defendant. | ) | Criminal Case No. 08CR1961-H<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute (Felony) |

The United States Attorney charges:

On or about May 15, 2008, within the Southern District of California, defendant JUAN GABRIEL LOPEZ-VAZQUEZ, did knowingly and intentionally possess, with intent to distribute, 100 kilograms or more, to wit: approximately 153.14 kilograms (337.60 pounds) of Marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 12, 2008 .

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:Imperial
6/12/08