AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

## *UNITED STATES DISTRICT COURT*

## *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

JUAN GABRIEL LOPEZ-VAZQUEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08mj-08427-PCL
08CR1961-H

I, JUAN GABRIEL LOPEZ-VAZQUEZ, the above named defendant, who is accused of committing the following offense:

Possession of Marijuana with Intent to Distribute, in violation of Title 21, United States Code, Section 841(a)(1) (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x Juan Gabriel López V.
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer