# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

UNITED STATES OF AMERICA )
vs )
Juan Gabriel Lopez-Vazquez )

CASE NUMBER 08CR1961-H

2008 JUN 17 P 3:16

ABSTRACT OF ORDER

MARSHALS SERVICE RECORD OFFICE

Booking No. 06312298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6-17-08

the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ Defendant released on $ 25,000 p/s bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

Received ____ DUSM

W. SAMUEL HAMRICK, JR. Clerk
by E. Flores Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY