KAREN P. HEWITT
United States Attorney
REES F. MORGAN
Assistant United States Attorney
California Bar Number 229899
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7847
Facsimile: (619) 557-5551
Email: rees.morgan@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GABRIEL LOPEZ-VASQUEZ,<br><br>Defendant. | Case No. 08-CR-1961-H<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Michelle M. Pettit

Please call me at the above-listed number if you have any questions about this notice.

DATED: August 26, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Rees F. Morgan

Rees F. Morgan
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GABRIEL LOPEZ-VAZQUEZ,<br><br>Defendant. | ) | Case No. 08-CR-1961-H<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Rees F. Morgan, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated August 26, 2008, and this Certificate of Service, dated August 26, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Kathryn Thickston-Leff, Esq.**
*Attorney for defendant Jesus Esteban Garcia-Acosta*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008.

/s/Rees F. Morgan
Rees F. Morgan
Assistant United States Attorney